March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

BRAULIO RENE LOPEZ SALCIDO,
                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 581   ( PAC )

Defendant __BRAULIO RENE LOPEZ SALCIDO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/S/ *BRAULIO RENE LOPEZ SALCIDO*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Braulio Rene Lopez Salcido
_____
Print Defendant's Name

_____
Defense Counsel's Signature

MICHAEL TREMONTE
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

  November 9, 2020
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~