UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

Braulio Rene Lopez Salcido,

                  Defendant.

20-CR-581 (PAC)

**ORDER**

---

    WHEREAS, the above-captioned case of defendant BRAULIO RENE LOPEZ SALCIDO has been referred to Magistrate Court for purposes of a plea;

    WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura T. Swain of the Southern District of New York allow for felony guilty pleas to be taken by video teleconferencing or telephone conferencing, subject to certain findings made by the District Judge;

    THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth in the defendant's application dated August 4, 2021, the plea cannot be further delayed without serious harm to the interests of justice.

    SO ORDERED.

Dated: New York, New York
       August 4, 2021

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE