# SHER TREMONTE LLP

May 7, 2022

**VIA ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

      Re:    *United States v. Damian Chavez, et al,*
              **Case No. 20-Cr-581(PAC)**

Dear Judge Crotty:

      I write on behalf of Braulio Rene Lopez Salcido, a defendant in the above-referenced action, with consent from the government to respectfully request a brief one-week adjournment of the sentencing hearing, which is currently scheduled for Thursday, May 12, 2022. We seek this brief adjournment to gather supplemental materials in connection with Mr. Lopez Salcido's sentencing, and to avoid an unforeseen scheduling conflict. Counsel for the government consents to this request.

      Respectfully,

      /s/
      Michael Tremonte

cc:    All Counsel of Record (via ECF)

5/9/2022
Sentencing is adjourned to Thursday,
May 19 at 3PM. SO ORDERED.

*Paul A. Crotty*

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156