UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

UNITED STATES OF AMERICA

- v. -

BRAULIO RENE LOPEZ SALCIDO,

Defendant.

------------------------------ x

**ORDER**

20 Cr. 581 (PAC)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 17, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
~~August~~ __, 2021
  MAY 19

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE