UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

BRAULIO RENE LOPEZ SALCIDO ,

                Defendant.
-------------------------------------------------------X

20 Cr. 581 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

      Pursuant to the sentencing held today, the Court orders the defendant is sentenced to TIME SERVED, subject to the conditions set forth in the Judgment. ICE should pick up Mr. Lopez Salcido on the pending detainer, and return Mr. Lopez Salcido to Mexico forthwith. See transcript for details.

Dated: New York, New York
         May 19, 2022

                                              SO ORDERED

                                              _____
                                              PAUL A. CROTTY
                                              United States District Judge